UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MARLON HERRERA, JULIO AGUIRRE and ORACIO CASCO, | ) ) ) |
| Plaintiffs | ) ) |
| v. | ) No. 3:13-0511 ) Judge Nixon/Brown ) |
| CUSTOM HARDSCAPES, LLC and BRIEN DEGRYSE, | ) ) ) |
| Defendants | ) |

### O R D E R

The Magistrate Judge has been informed by the parties that they have resolved this matter. Accordingly, they are directed to file the necessary pleadings dismissing this case with prejudice on or before **December 24, 2013**.

The **Clerk** is directed to return this file Judge Nixon for further proceedings to effect the dismissal.

It is so **ORDERED**.

/s/   Joe B. Brown
JOE B. BROWN
United States Magistrate Judge